case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. This stay shall not apply to the receiver, however, who, pending the appeal, may continue in possession of the property, collect the rents and income thereof, and retain the same until after the hearing and determination of the appeal. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

ARDHOW REALTY CORPORATION, Respondent, v. WETTY ROTH and Others, Defendants, and GAYNOR & ROSENBLUM, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. (*Herpe v. Herpe*, 225 N. Y. 323.) Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

MARTIN J. BAMMON, Respondent, v. HOLEPROOF HOSIERY COMPANY and HOLEPROOF-STELOS, INC., Appellants.— Motion for extension of time granted upon condition that within five days from the entry of the order herein, the date of issue be stipulated by defendants to be March 17, 1931; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

ELIZABETH C. BARTON, Plaintiff, v. OSTEND BATHS, INC., Defendant. SAMUEL and SOLOMON SOCHET, Doing Business as GRAND UNION TEXTILE MILLS, Appellants, v. THOMAS DOWNS, as Receiver for OSTEND BATHS, INC., and EDWARD FLYNN, as Administrator of HELEN FLYNN, Deceased, Respondents.— Motion for stay granted upon condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present —Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

FLORENCE BULKOSTEIN, Appellant, v. HENRY L. DOHERTY, Doing Business as HENRY L. DOHERTY & COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

GEORGE T. CAULFIELD, Respondent, v. JOSEPH WEIL and HERMAN RAHN, Defendants, and RICHARD FLAUTO, Appellant.— Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

MANNIE COHN, Appellant, v. THOMAS DOWNS, as Receiver for OSTEND BATHS, INC., and EDWARD FLYNN, as Administrator of HELEN FLYNN, Deceased, Respondents.— Motion for stay granted upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MARY ABRAMCIK, Respondent, v. JOHN CHERNICK, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

CECELIA DOW, Appellant, v. KEW FOREST COACH Co., INC., and Others, Defendants, and LOUIS COHEN, Attorney, Respondent.— Motion for stay granted upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise,

motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

THE ENAMEL PRODUCTS COMPANY, Appellant, v. HARRY SEGAL and SIDNEY SEGAL, Copartners, etc., Respondents. (Action No. 1.) — Motion for stay of examination before trial denied; examination to proceed on five days' notice. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

THE ENAMEL PRODUCTS COMPANY, Appellant, v. HARRY SEGAL and SIDNEY SEGAL, Copartners, etc., Respondents. (Action No. 2.) — Motion for stay of examination before trial denied; examination to proceed on five days' notice. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

SOPHIE GREEN, Appellant, v. MARTIN GOLDCHAIN and DORA GOLDCHAIN, Respondents.— Motion for stay granted upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

ISTRICK & NATHAN, INC., Respondent, v. CLARENCE BERWIN and BEROLT REALTY CORPORATION, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JOSEPH F. BUSCEMI, an Attorney and Counselor at Law.— Motion granted, respondent disbarred, and his name ordered stricken from the roll of attorneys. After indictment, and on December 8, 1930, respondent pleaded guilty to the crime of grand larceny in the second degree and by the County Court of Kings county was sentenced to imprisonment in the New York County Penitentiary, "there to be dealt with according to law." His crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Application of NICOLA CAPONI and Others, Respondents, against WILLIAM E. WALSH and Others, etc., Defendants, and PROC BUILDING CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and Through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Lands, etc., Byrne Place, Borough of Brooklyn, etc., Parcel 10. WILLIAM ARMBRUSTER and Others, Appellants; THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted, leave therefor having been granted by the Court of Appeals on March 31, 1931, to certain other appellants in this proceeding. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of FULTON TRUST COMPANY OF NEW YORK, as Trustee for the Benefit of ELIZABETH C. MCCORMACK and Remaindermen under the Last Will and Testament of FREDERICK H. CLARK, Late of the City of Yonkers, Deceased. FULTON TRUST COMPANY OF NEW YORK, as Trustee, etc., Appellant, Respondent. ELIZABETH C. MCCORMACK, Beneficiary, JEANNETTE C. QUENCER and FANNIE D. CLARK, Remaindermen, Respondents, Appellants. GUARANTY TRUST COMPANY OF NEW YORK, as General Guardian of the Property of ELIZABETH MCLEOD ROSS, Infant, etc., and WILLIAM